IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SHERON GABRIEL TERRELL | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-78 |
| KEITH HARDAWAY, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sheron Gabriel Terrell, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Keith Hardaway, Johnny Mims, Savannah Harris, Linda Martin, and Ashley Crawford Stephenson.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends granting plaintiff's motion to dismiss the action.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 10) is **ADOPTED**. Plaintiff's motion to

dismiss (document no. 9) is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**
**Feb 23, 2018**

_____
Ron Clark, United States District Judge